Disposition of Petitions for Discretionary Review Under G.S. 7A-31

OSBORNE v. WALKER

No. 36 PC

Case below: 48 N.C. App. 627

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 November 1980.

PEEBLES v. MOORE

No. 31 PC

No. 13 (Spring Term)

Case below: 48 N.C. App. 497

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 November 1980.

RODIN v. MERRITT

No. 2 PC

Case below: 48 N.C. App. 64

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1980.

SALTER v. PETERS

No. 27 PC

Case below: 48 N.C. App. 431

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 November 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 November 1980.

STATE v. COX

No. 49 PC

No. 14 (Spring Term)

Case below: 48 N.C. App. 470

Petition by defendants for discretionary review under G.S. 7A-31 allowed 4 November 1980.